1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>          Plaintiff,<br><br>     v.<br><br>MARQUEZ, et al.,<br><br>          Defendant. | **1:13-cv-01502-MJS-(PC)**<br><br>**ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>**(ECF No. 8)** |

    Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2013, Plaintiff filed an application to proceed in forma pauperis. Due to the fact the court granted Plaintiff's previous application to proceed in forma pauperis in the present case on September 18, 2013, (ECF No.4), IT IS HEREBY ORDERED THAT Plaintiff's application of October 2, 2013, (ECF No. 8) is DISREGARDED AS MOOT.


IT IS SO ORDERED.

    Dated:   October 7, 2013                    /s/ Michael J. Seng

                                     UNITED STATES MAGISTRATE JUDGE

1