# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARQUEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-01502-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF PLEADING (ECF No. 16)**<br><br>**CLERK TO PROVIDE PLAINTIFF WITH A COPY OF THE FIRST AMENDED COMPLAINT** |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2014, the Court screened the First Amended Complaint and ordered Plaintiff to either file an amended complaint or notify of his desire to proceed on the cognizable retaliation claim against Defendant Marquez. Plaintiff's response is due August 11, 2014.

　　　　Before the Court is Plaintiff's July 16, 2014 motion that the Clerk provide him with a copy of the First Amended Complaint. He claims corrections staff destroyed his copy of this document.

　　　　Accordingly, for good cause shown, Plaintiff's motion (ECF No. 16) is GRANTED such that the Clerk of the Court is directed to provide Plaintiff with a copy of the First

1

1  Amended Complaint filed on October 2, 2013 (ECF No. 9).

3  IT IS SO ORDERED.

5  Dated: __July 21, 2014__                    /s/ *Michael J. Seng*
6                                              UNITED STATES MAGISTRATE JUDGE