# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUEZ, et al.,<br><br>　　　　Defendant(s). | Case No. 1:13-cv-01502-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 18)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request for voluntary dismissal on July 21, 2014. (ECF No. 18.) Defendants have yet to appear in the action.

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Plaintiff's July 21, 2014 request is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice. Furthermore, all pending motions are DENIED as MOOT. The Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated:   July 24, 2014　　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1